AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED**
USMS District of Columbia District Court at 5:55 pm, Aug 27, 2025

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Renita Latisha McIntyre | ) Case: 1:25-mj-00185 |
| DOB: 06/05/1975 | ) Assigned To: Judge Zia M. Faruqui |
| PDID: 770-830 | ) Assign. Date: 8/27/2025 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Renita Latisha McIntyre**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111 (Assaulting, resisting, or impeding certain officers and employees of the United States).

Date: 08/27/2025

Zia M. Faruqui
Digitally signed by Zia M.Faruqui
Date: 2025.08.27 17:31:14 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/27/25, and the person was arrested on *(date)* 8/27/25
at *(city and state)* Washington DC.

Date: 8/27/25

*Arresting officer's signature*

Daniel Padilla  DUSM
*Printed name and title*