**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No. 25-mj-00185 (ZMF)** |
| **v.** | |
| **RENITA L. MCINTYRE,** | |
| **Defendant.** | |

**GOVERNMENT'S RESPONSE TO ORDER TO SHOW CAUSE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully responds to the Court's November 4, 2025, Order to Show Cause as follows:

On September 17, 2025, upon the Government's motion to dismiss without prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Magistrate Judge Zia Faruqui dismissed this matter without prejudice and indicated that he would separately consider the issue of dismissal with prejudice. *See* September 18, 2025, Minute Order.

On November 4, 2025, Chief Judge Boasberg issued an order requiring the government to show cause "why the Court's [28] Memorandum Opinion and [27] Order in Case No. 25-mj-148 should not govern the outcome of this matter." *See* November 4, 2025, Minute Order. In that matter, *United States v. Nathalie Rose Jones*, Case No. 25-mj-148, the Court dismissed the District Court case with prejudice. *See* Case No. 25-mj-148, ECF Nos. 27, 28.

Under Chief Judge Boasberg's reasoning in *United States v Nathalie Rose Jones*, 25-mj-148, and the procedural facts of the instant case, the Government agrees that the same result

would follow in this matter and the case should be dismissed with prejudice.

Respectfully submitted,

JEANNINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:    */s/ Diane G. Lucas*
Diane G. Lucas, DC Bar No. 443610
Assistant United States Attorney
United States Attorney's Office
District of Columbia
D.C. Bar No. 1658708
601 D Street NW
Washington, D.C. 20530
202-252-7724
Diane.Lucas@usdoj.gov